FILED
CLERK, U.S. DISTRICT COURT
10/1/19
CENTRAL DISTRICT OF CALIFORNIA
BY: KDI DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARETT MEJIA,<br><br>Plaintiff<br><br>v.<br><br>OFFICER GOMEZ AND OFFICER ALVAREZ,<br><br>Defendants. | Case No. 2:18-cv-01735-CAS-GJS<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings and other documents filed in this action, the Motion for Summary Judgment (Dkt. 25, "Motion"), and the Report and Recommendation of United States Magistrate Judge (Dkt. 30, "Report"). No objections to the Report have been filed within the time allowed. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) Defendants' Motion for Summary Judgment as to Defendant Matthew Gomez is DENIED; and (2) Defendants' Motion for Summary Judgment as to Defendant Gonzalo Alvarez is GRANTED.

**IT IS SO ORDERED.**

DATE: October 1, 2019

_/s/ Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE