Jarett Mejia

Plaintiff (Pro Se)

25051 Naumann ave, Hemet, CA, 92548

Telephone:  (840) 219-5988

hydrashock23@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

5/6/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JARETT MEJIA,

                    Plaintiff,

          v.

OFFICER GOMEZ, K9 HANDLER;
OFFICER G. ALVAREZ; and DOES 1 OF 10,
                    Defendants.

Case No. 2:18-cv-01735-CAS-(DFMx)

**Plaintiffs notice in change of address**

Hon. Christina A. Snyder
UNITED STATES DISTRICT JUDGE

Hon. Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE

TO THE HONORABLE COURT AND DEFENDANTS:

Plaintiff Jarett Mejia respectfully submits this Status Report in response to the Defendant's Status Report filed May 1, 2026 [ECF 56], and pursuant to the Court's order.

//

//

Notice in change of address

# I. STATUS OF THE CASE

Plaintiff does not dispute the general procedural history set forth in Defendant's filing. As reflected in the Court's prior rulings, this action proceeds on Plaintiff's Fourth Amendment excessive force claim against Defendant Matthew Gomez. This case has already survived summary judgment based on the existence of material factual disputes concerning the nature, duration, and justification of force used during Plaintiff's arrest. Those issues remain properly reserved for resolution by a trier of fact.

Plaintiff remains fully committed to prosecuting this action to resolution.

# II. ADR AND PRIOR COMPLIANCE WITH COURT ORDERS

Plaintiff is amenable to Alternative Dispute Resolution and remains willing to participate in good-faith settlement discussions.

Importantly, Plaintiff previously complied with the Court's directive regarding ADR submissions. On April 8, 2022, Plaintiff timely submitted his confidential settlement statement to the Court's ADR program via email to Rosa Morales (ADR Department) at Rosa_Morales@cacd.uscourts.gov at approximately 10:35 a.m., from Plaintiff's email address (hydrashock23@gmail.com). Despite that submission, Plaintiff received no follow-up communication regarding ADR proceedings. In an effort to ensure compliance and participation, Plaintiff sent an additional follow-up communication on April 24, 2025, but again received no response.

Plaintiff remains ready and willing to proceed with ADR and respectfully requests direction from the Court regarding whether referral to the ADR program remains appropriate.

2

**Status Report**

## III. PLAINTIFF'S CONTACT INFORMATION AND PARTICIPATION

Plaintiff is proceeding pro se.

On May 5, 2026, Plaintiff filed a formal Notice of Change of Address through the Court's electronic filing system. Plaintiff's current contact information is therefore up to date and on file with the Court.

To the extent Defendant suggests uncertainty regarding Plaintiff's availability or intent to proceed, Plaintiff unequivocally confirms that he is actively engaged in this litigation and has not abandoned his claims. Plaintiff stands ready to participate in all further proceedings, including scheduling, discovery (if reopened), ADR, or trial.

## IV. REQUEST FOR CASE PROGRESSION

Given the procedural posture of this case and the Court's prior rulings, Plaintiff respectfully requests that the Court set a scheduling conference or otherwise issue appropriate orders to advance this matter toward final resolution.

DATED: **May 6th, 2026**

_____
Jarett Mejia – (Plaintiff)

3
**Status Report**

## DECLARATION OF ELECTRONIC SERVICE

Central District of California Case No. 2:18-cv-01735-CAS-(DFMx)

Service of the attached document "Notice in change of address" was accomplished pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 08-03 and Local Rule 5-3.2.1, which provides: "Upon the electronic filing of a document, a 'Notice of Electronic Filing' ("NEF") will be automatically generated by the CM/ECF system and sent by e-mail to:

(1) all attorneys who have appeared in the case in this Court

and

(2) all pro se parties who have been granted leave to file documents electronically in the case pursuant to L.R. 5-4.1.1 or who have appeared in the case and are registered to receive service through the CM/ECF System pursuant to L.R. 5-3.2.2.

Unless service is governed by F.R. Civ.P. 4 or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so served".

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **May, 6ᵗʰ,2026** in **Hemet** in the state of **California**

_____
Jarett Mejia- Platinff

4

**Status Report**